UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICKY LEE McCLINTON,                        Case No. 5-03-CV-131

      Petitioner,                                  Hon. Richard Alan Enslen

    v.

PAUL RENICO,

                                                    **FINAL JUDGMENT**

      Respondent.     /

In accordance with an Opinion entered this date:

**IT IS HEREBY ORDERED** that Petitioner Ricky Lee McClinton's Objections (Dkt. No. 49) are **DENIED** and the Report and Recommendation (Dkt. No. 48) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Petitioner Ricky Lee McClinton's Petition for Writ of Habeas Corpus (Dkt. No. 1) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant is **DENIED** a certificate of appealability as to all issues asserted in his Petition.

                                               /s/ Richard Alan Enslen
DATED in Kalamazoo, MI:              RICHARD ALAN ENSLEN
     November 16, 2006                 SENIOR UNITED STATES DISTRICT JUDGE